United States District Court
Southern District of Texas
**ENTERED**
April 10, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| JAIRO ALEXANDER MONSALVE PEINADO | § § § | |
| VS. | § § | CIVIL ACTION NO. 5:26-cv-143 |
| MARY DE ANDA-YBARRA *et al.* | § § | |

## ORDER

Kristopher Anthony Luna initiated this habeas proceeding, as next friend of his brother-in-law, Jairo Alexander Monsalve Peinado (*see* Dkt. No. 1). The Court ordered Petitioner to show cause in writing why his petition should not be dismissed for lack of subject matter jurisdiction arising from a failure to satisfy the requirements of next friend standing (Dkt. No. 5 at 5). Petitioner then filed an amended petition (Dkt. No. 8). While the amended petition does not address the Court's concerns nor explicitly state Petitioner intends to litigate this matter on his own, it is signed multiple times by only Jairo himself (Dkt. No. 8 at 7, 9, 10). This implies Petitioner intends to proceed on his own.

However, Kristopher recently filed an affidavit expressing his intent to offer support to Jairo if he is released (Dkt. No. 9 at 1). This Affidavit also fails to address the Court's concerns regarding next friend standing but implies Petitioner intends to proceed through Kristopher. Before the Court can proceed, this confusion must be addressed.

Accordingly, Petitioner is **ORDERED** to file an advisory no later than **April 22, 2026**, clarifying whether Jairo intends to litigate this matter on his own or if Kristopher intends to continue litigating the matter on Jairo's behalf as next friend.

1

The Clerk of Court is **DIRECTED** to serve a copy of this Order on Kristopher Anthony Luna via any receipted means at:

Kristopher Anthony Luna
405 W. Ash St.
Laredo, Texas 78040

The Clerk of Court is also **DIRECTED** to serve a copy of this Order on Jairo Alexander Monsalve Peinado via United States mail at:

Jairo Alexander Monsalve Peinado
A-Number: 245-582-918
Rio Grande Detention Center
1001 San Rio Blvd
Laredo, Texas 78046

It is so **ORDERED**.

**SIGNED** April 10, 2026

Marina Garcia Marmolejo
United States District Judge